UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
                        Petitioners,

-v.-

MULTI-PAK CORPORATION,
                        Respondent.

NOTICE OF PETITION
08 CIV. 4426 (DC)

Sir(s):

    **PLEASE TAKE NOTICE**, that upon the annexed Petition of David C. Sapp, Esq. duly verified the 8th day of May 2008, and the accompanying Memorandum of Law, the undersigned will Petition this Court, before the Honorable Denny Chin, on the ___ day of ____ 2008, at ___ A.M./P.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the arbitration award of Philip Ross, dated March 11, 2008, and granting the Petitioners judgment in the amount of $2,744.25 together with the interest on the principal amount from the date of the Arbitration Award to the date of the judgment, plus costs and such other and further relief as the Court may allow.

Dated:  June 11, 2008
           New York, New York

                                            Yours, etc.

                                            David C. Sapp – DS 5781
                                            Attorney for Petitioners
                                            730 Broadway, 9th Floor
                                            New York, New York 10003-9511
                                            (212) 539-5576

To:    Multi-Pak Corporation
        180 Atlantic Street
        Hackensack, NJ 07601