UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LAUNDRY, DRY CLEANING WORKERS AND            Index No. 08 CV 4426
ALLIED INDUSTRIES HEALTH FUND,               JUDGE CHIN
UNITE HERE! and LAUNDRY, DRY                  AFFIDAVIT OF SERVICE
CLEANING WORKERS and ALLIED
INDUSTRIES RETIREMENT FUND,
UNITE HERE!,
            Plaintiff(s),
      -against-
MULTI-PAK CORPORATION,
            Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK)
                  S.S.:
COUNTY OF NEW YORK)

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age

of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this

action.

        That on the 18th day of June 2008, at approximately 2:45 pm, deponent served a

true copy of the **SUMMONS IN A CIVIL ACTION, PETITION TO CONFIRM**

**ARBITRATION AWARD AND MEMORANDUM OF LAW IN SUPPORT OF PETITION TO**

**CONFIRM ARBITRATION AWARD** upon Multi-Pak Corporation c/o Mr. Neil Cavanaugh at

180 Atlantic Street, Hackensack, NJ 07601, by personally delivering and leaving the same with

Dominic Rivera, Supervisor, who informed deponent that he is an agent authorized by

appointment to receive service at that address.

        Dominic Rivera is a white male, approximately 52 years of age, stands

approximately 5 feet 9 inches tall and weighs approximately 175 pounds with short curly black

hair and blue eyes wearing glasses and has tattoo on right wrist.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
20th day of June 2008

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5082405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010