```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___1___
DATE FILED: 7/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

LAUNDRY, DRY CLEANING WORKERS
AND ALLIED INDUSTRIES HEALTH FUND,
UNITE HERE! and LAUNDRY, DRY
CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND,
UNITE HERE!,

    Petitioners,

  - against -

MULTI-PAK CORP.,

    Respondent.
- - - - - - - - - - - - - - - - - -x

**ORDER**

08 Civ. 4426 (DC)

**CHIN, District Judge**

  On May 12, 2008, petitioners filed their petition to confirm an arbitration award dated March 11, 2008. On June 11, 2008, petitioners filed their memorandum in law in support of their petition. To date, the Court has not received any opposition papers from respondent.

  Respondent shall oppose the petition by July 28, 2008. If respondent fails to oppose the motion, it will be granted on default.

  SO ORDERED.

Dated: New York, New York
    July 17, 2008

             _____
             DENNY CHIN
             United States District Judge