```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

LAUNDRY, DRY CLEANING WORKERS        :
AND ALLIED INDUSTRIES HEALTH FUND,
UNITE HERE! and LAUNDRY, DRY         :   ORDER
CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND,          :   08 Civ. 4426 (DC)
UNITE HERE!,
                                     :
                Petitioners,
                                     :
         - against -
                                     :
MULTI-PAK CORP.,
                                     :
                Respondent.
                                     :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

       On May 12, 2008, petitioners filed their petition to confirm an arbitration award dated March 11, 2008. On July 17, 2008, I ordered respondent to oppose the petition by July 28, 2008, and notified it that failure to do so would result in my granting the petition on default. Respondent failed to oppose.

       Accordingly, the petition to confirm the arbitration award is granted. The award of $2,744.25, together with attorneys' fees, costs, and 18% interest from the date of the arbitration award to entry of judgment, is confirmed. Petitioners shall submit a proposed judgment by August 8, 2008, with an affidavit setting forth proposed amounts for fees, costs, and interest, and explaining the calculations.

       SO ORDERED.

Dated:   New York, New York
          July 31, 2008

                                        DENNY CHIN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/31/08